UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81288-CIV-DIMITROULEAS

PATTI MONOSON,

    Plaintiff,

vs.

CONSUMER RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

### ORDER APPROVING VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 5], filed herein on December 16, 2010.  The Court has carefully considered the Voluntary Dismissal and is otherwise fully advised in the premises.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 5] is hereby **APPROVED**;

2.    This action is hereby **DISMISSED with prejudice**;

3.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of December, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record